# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155387 & (70)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL EUGENE NASEMAN,
     Defendant-Appellant.

SC: 155387
COA: 328576
Montcalm CC: 2014-018953-FH,
2014-018954-FH

_____/

     On order of the Court, the application for leave to appeal the December 22, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to appoint counsel is DENIED.



s1017

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk